**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **TELINIT TECHNOLOGIES, LLC** | § § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:12-CV-661** § |
| v. | § § | **JURY TRIAL DEMANDED** |
| **TELEFÓNICA EUROPE PLC and JAJAH, INC.** | § § § | |
| **Defendants.** | § | |

## ORDER

Having considered plaintiff Telinit Technologies, LLC's ("Telinit") *Motion for Voluntary Dismissal with Prejudice*, the Court finds that good cause exists for granting the motion. The *Motion for Voluntary Dismissal with Prejudice* is GRANTED.

It is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted by Telinit against Defendant are hereby dismissed with prejudice and all pending motions between the parties are denied as moot. It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 25th day of March, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE